AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Grace Solis & Shirley Solis
_____
Plaintiff(s)

v.

Civil Action No. 19-cv-24042

Citimortgage, Inc
_____
Defendant(s)

FILED BY _____ D.C.

SEP 30 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Citimortgage, Inc.
c/o CT Corporation System, Reg. Agent
1200 S. Pine Island Rd, #203
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grace + Shirley Solis
730 86th St
Miami Beach, FL 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/30/19

CLERK OF COURT   Angela E. Noble

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Grace Solis & Shirley Solis
*Plaintiff(s)*

v.

Civil Action No. 19-cv-24042

Citibank, NA
*Defendant(s)*

FILED BY _____ D.C.

SEP 30 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Citibank, NA
c/o CT Corporation System
1200 S. Pine Island Rd. #203
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grace + Shirley Solis
730 86th St
Miami Beach, FL 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/30/19

CLERK OF COURT     Angela E. Noble

*Signature of Clerk or Deputy Clerk*