AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Grace Solis and Shirley Solis
_____
Plaintiff(s)

v.                                Civil Action No. 19-CV-24042

Citibank, NA
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Citibank, NA
8400 W. Broward Blvd.
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grace Solis and Shirley Solis
730 86th Street
Miami Beach, FL 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 23, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst

Deputy Clerk
U.S. District Courts