AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-24042-KMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CITIBANK, N.A.,
was received by me on *(date)* December 23, 2019 at 2:48pm.

FILED BY _____ D.C.
JAN - 2 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nohely Rosado, Teller at CITIBANK, N.A. , who is
designated by law to accept service of process on behalf of *(name of organization)* CITIBANK, N.A. located at
8400 W. Broward Boulevard, Plantation, FL 33324 on *(date)* December 23, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ $25.00

I declare under penalty of perjury that this information is true.

Date: December 23, 2019

*Sandra Colon* (signature)
*Server's signature*

Sandra Colon
*Printed name and title*

20301 NE 30th Avenue, 5-314
Aventura, FL 33180
*Server's address*

Additional information regarding attempted service, etc:

Nohely Rosado is a Hispanic female, in her early twenties, slim with long, straight brown hair. Her height could not be determined because she was behind a counter and it is unknown if she was standing or sitting.