UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GRACE D. SOLIS AND
SHIRLEY J. SOLIS,

    Plaintiffs,

vs.                                                CASE NO.: 1:19-cv-24042-KMW

CITIBANK, N.A., and,
CITIMORTGAGE, INC.,

    Defendants.
_____/

**DEFENDANTS, CITIBANK, N.A. AND CITIMORTGAGE, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURES**

Defendants, CITIBANK, N.A. and CITIMORTGAGE, INC., respectfully file this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    1.    70% of the shares of CitiMortgage, Inc., are owned by Citibank, N.A., and the remaining 30% are owned by Citi Retail Services LLC.

    80% of the shares of Citi Retail Services LLC are owned by Citicorp USA, Inc.; the remaining 20% of the shares of Citi Retail Services LLC is owned by Citibank, N.A.;

    Citicorp USA is a wholly-owned subsidiary of Citibank, N.A.

    Defendant, Citibank, N.A., is a wholly-owned subsidiary of Citicorp LLC.

    Citicorp LLC is a wholly owned subsidiary of Citigroup Inc.

    Citigroup Inc. is a publicly traded corporation.

    2.    Adams and Reese, LLP

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    Citigroup Inc.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    The Defendant is unaware of any such entity at this time, other than those listed above.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    CitiMortgage, Inc. and Citibank, Inc.

5.    Check one of the following:

    __X__  a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

    -or-

    _____  b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain).

Dated:  January 14, 2020

                                              Respectfully Submitted,

                                              */s/ Christopher A. Roach*
                                              Louis M. Ursini III, Esq.
                                              Florida Bar No. 0355940
                                              Christopher A. Roach, Esq.
                                              Florida Bar No. 0049033
                                              Email:  louis.ursini@arlaw.com
                                              Email:  chris.roach@arlaw.com
                                              Email:  teresa.soluri@arlaw.com

                                              ADAMS AND REESE LLP
                                              101 East Kennedy Blvd, Suite 4000
                                              Tampa, Florida 33602
                                              Tel:  (813) 402-2880
                                              Fax: (813) 402-2887
                                              *Counsel for Citibank, N.A. and CitiMortgage, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and via U.S. Mail to the Plaintiffs at the addresses below:

| | |
|---|---|
| Shirley Solis<br>730 86th Street<br>Miami Beach, Florida 33141 | Grace Solis<br>730 86th Street<br>Miami Beach, Florida 33141 |

 

/s/ *Christopher A. Roach*
Christopher A. Roach, Esq