# EXHIBIT A

# CITIGROUP TO PAY 100 MILLION TO SETTLE US LIBOR RIGGING PROBE

2/5/2020     Citigroup to pay $100 million to settle U.S. Libor rigging probe - Reuters

 **REUTERS**

BUSINESS NEWS
JUNE 15, 2018 / 12:19 PM / 2 YEARS AGO

# Citigroup to pay $100 million to settle U.S. Libor rigging probe

Jonathan Stempel

NEW YORK (Reuters) - Citigroup Inc (C.N) agreed to pay $100 million to settle charges by most U.S. states that it defrauded government and nonprofit entities by manipulating Libor, an interest rate benchmark that underlies a wide range of consumer transactions.

The Citigroup Inc (Citi) logo is seen at the SIBOS banking and financial conference in Toronto, Ontario, Canada October 19, 2017. Picture taken October 19, 2017. REUTERS/Chris Helgren

The settlement with the third-largest U.S. bank was announced on Friday by New York State Attorney General Barbara Underwood, whose office has led a probe by 41 states and Washington, D.C. of rate rigging by several banks.

Citigroup did not admit or deny wrongdoing, and agreed to cooperate.

It became the third bank to settle, following settlements of $220 million by Deutsche Bank AG (DBKGn.DE) last October and $100 million by Barclays Plc (BARC.L) in August 2016.

Banks have paid roughly $9 billion to settle Libor-rigging probes worldwide.

In a statement, New York-based Citigroup said it has adopted industrywide reforms intended to stop rate rigging, and "made substantial investments in its systems, controls and monitoring processes to better guard against inappropriate behavior."

Libor is short for the London Interbank Offered Rate. Banks use it to set rates on hundreds of trillions of dollars of credit card, mortgage, student loan and other transactions, and to determine the cost of borrowing from each other.

The states accused Citigroup of concealing from market participants that it made improper Libor submissions to avoid negative publicity and protect its reputation, and had concerns that other banks' submissions were inappropriate.

Citigroup's alleged misconduct occurred in 2008 and 2009, during a global financial crisis that led to its acceptance of three U.S. government bailouts.

"Our office has zero tolerance for fraudulent or manipulative conduct that undermines our financial markets," Underwood said in a statement. "Financial institutions have a basic responsibility to play by the rules - and we will continue to hold those accountable who don't."

Reporting by Jonathan Stempel in New York; Editing by Dan Grebler

*Our Standards:* <u>*The Thomson Reuters Trust Principles.*</u>

Apps　　Newsletters　　Advertise with Us　　Advertising Guidelines　　Cookies　　Terms of Use　　Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2020 Reuters. All Rights Reserved.

# EXHIBIT B

# REDACTED DISPUTE TO EXPERIAN AND

# REDACTED RESPONSE FROM EQUIFAX

730 86th Street
Miami Beach, FL 33141

October 30, 2015

NCAC Experian
P.O. Box 9701
Allen, TX 75013

Via Certified Mail #7013 2250 0002 1029 8082

To Whom It May Concern,

This is in response to your letter to me dated October 2015. I sent you the letter dated July 30, 2015 via certified mail and demand that you investigate the following:

I re-dispute the accuracy of the following accounts:

CITIBANK #290810 – inaccurate;

Please provide me with a description of the re-investigation procedure for all items disputed on April 22, 2015 and today and provide me with the source of information for all items. Please send me all information in my consumer file and send me an updated copy of my credit report. You must report accurate information. Thanking you in advance for your anticipated cooperation.

Sincerely,

Grace D Solis
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
954-588-8214

USPS.com® - USPS Tracking®  https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70132...

English   Customer Service   USPS Mobile   Register / Sign In

# USPS.COM

## USPS Tracking®


Customer Service
Have questions? We're here to help.


Get Easy Tracking Updates
Sign up for My USPS.

Tracking Number: **70132250000210298082**

Updated Delivery Day: **Tuesday, November 10, 2015**

### Product & Tracking Information

**Postal Product:**  
First-Class Mail®

**Features:**  
Certified Mail™

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 9, 2015, 12:27 pm | Delivered | ALLEN, TX 75013 |

Your item was delivered at 12:27 pm on November 9, 2015 in ALLEN, TX 75013.

| | | |
|---|---|---|
| November 9, 2015, 11:40 am | Arrived at Unit | ALLEN, TX 75013 |
| November 8, 2015, 3:53 pm | Departed USPS Destination Facility | NTX P&DC |
| November 8, 2015, 1:38 pm | Arrived at USPS Destination Facility | NTX P&DC |
| November 6, 2015, 9:40 pm | Arrived at USPS Origin Facility | MIAMI, FL 33152 |
| November 6, 2015, 6:03 pm | Departed Post Office | MIAMI BEACH, FL 33154 |
| November 6, 2015, 4:50 pm | Acceptance | MIAMI BEACH, FL 33154 |

### Track Another Package

Tracking (or receipt) number

Track It

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
NOV 06 2015
33154-0935

Sent To: ACC Consumer
Street, Apt. No.; or PO Box No. PO Box 9201
City, State, ZIP+4 Allen, TX 75013

PS Form 3800, August 2006   See Reverse for Instructions

11/30/2015 2:07 PM
1 of 2

**EQUIFAX**

P O Box 105518
Atlanta, GA 30348

CREDIT FILE : August 24, 2015

Confirmation #

000003572 F0ECA08251500431200000 01 000000
002018399-2463
Grace D Solis
730 86th St
Miami Beach, FL 33141-1116

Dear Grace D Solis

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute

Visit us at www.equifax.com/CreditReportAssistance or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

### The Results Of Our Reinvestigation

>>> We have reviewed your concerns and our conclusions are:

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *)*
*(This section includes open and closed accounts reported by credit grantors)*

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
|---|---|---|---|
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Status Code | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| Descriptions | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> We have researched the credit account. Account # - 900548-290810* The results are: We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. Historical account information was deleted from this account. If you have additional questions about this item please contact: Citibank N.A., PO Box 769006, San Antonio TX 78245-9006 Phone: (800) 685-0935

# EXHIBIT C

# REDACTED CITI HOME EQUITY LINE OF CREDIT

# STATEMENT AND

# REDACTED CITI MORTGAGE ACCOUNT INFORMATION



CITIBANK, N.A.
P.O. Box 790110
St Louis MO 63179-0110

GRACE D SOLIS
730 86TH ST
MIAMI BEACH FL   33141-1116

Citibank N.A.
Account

Statement Period
May 27, 2018 - June 27, 2018
Page 1 of 4

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $124,572.65 |
| Payments (-) | $0.00 |
| Other Credits (-) | $0.00 |
| Loans/Advances (+) | $0.00 |
| Other Debits (+) | $0.00 |
| Fees Charged (+) | $0.00 |
| Interest Charged (+) | $412.16 |
| **New Balance** | **$124,984.81** |
| Credit Limit | $103,148.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 06/27/18 |
| Days In Billing Cycle | 31 |

For Billing Inquiries Or Credit Bureau Disputes Write To The Address Below. For Billing Inquiries, Calling Or Sending an E-Mail will Not Preserve Your Rights.

CITIBANK
PO BOX 768004
SAN ANTONIO, TX 78245-9004

## Payment Information

| | |
|---|---|
| Payment Due Date | 07/27/18 |
| New Balance | $124,984.81 |
| Total Minimum Payment Due | $31,396.35 |

## TRANSACTIONS

### Home Equity Line of Credit     Account Number

| Effective Date | Description | Amount |
|---|---|---|
| 06/14/18 | RATE CHANGE INT 01 000 NEW RATE IS: 4.85% | $0.00 |
| | **Interest Charged** | |
| 06/27/18 | Interest Charged | $233.99 |
| 06/27/18 | Interest Charged | $178.17 |
| | TOTAL INTEREST FOR THIS PERIOD | $412.16 |

**2018 Totals Year-To-Date**
Total Fees Charged in 2018   $5,059.00
Total Interest Charged in 2018   $2,253.56

Page 1

## Mortgage Account Information 

| | | |
|---|---|---|
| **Account Number:** | | Statement Date: 09/18/18 |
| **Payment Due Date:** | 10/01/18 | How to reach us |
| **Amount Due:** | **$67,379.16** | www.citimortgage.com |
| | | Homeowner Assistance: 1-866-272-4749* |

Please reference your account number 2001377837 when calling.
*Calls are randomly monitored and recorded to ensure quality service.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $399.10 |
| Interest | -$10.18 |
| Escrow | $1,248.00 |
| Regular Monthly Payment | $1,636.92 |
| Past Due Amount | $65,742.24 |
| Total Amount Due | $67,379.16 |

### Account Information

GRACE D SOLIS
Property Address: 730 86TH ST
MIAMI BEACH, FL 33141

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Outstanding Principal Balance | $28,152.23 |
| Interest Rate | 4.75000% |
| Escrow Balance | -$9,424.01 |
| CitiMortgage Taxes Paid Year to Date | $0.00 |

### Past Payments Breakdown

| | Paid Since 02/19/18 | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Transaction Activity (02/20/18 to 09/18/18)

| Date | Description | Charges/Adjustments | Payments |
|---|---|---|---|
| 03/14/18 | Additional Escrow Received - Thank you | | $9,424.01 |
| 03/14/18 | Delinquency Expense Balance Removal/Reinstate | | $5,001.60 |
| 08/28/18 | Interest-Bearing Principal Increase | $28,152.23 | |
| 08/29/18 | Funds Reversed - Additional Escrow | | -$9,424.01 |
| 08/29/18 | Delinquency Expense Balance Removal/Reinstate | | -$5,001.60 |

Important messages continued on the next page
To ensure timely processing, please enclose your check and the coupon below in the envelope provided.

---

**citi**®
P.O. Box 6243
Sioux Falls, SD 57117-6243

Mortgage Statement Enclosed

Account Number:

Please designate how you want us to apply any additional funds. Undesignated additional funds are applied in the following order: 1) late charges and/or fees, 2) principal. Once paid, additional funds cannot be returned.
Do not include cash or account inquiries with your payment.
Please see reverse side for mailing address and phone number changes.

**Total Amount Due by 10/01/18:  $67,379.16**

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Additional Late Charges | $ |
| Additional Monthly Payment | $ |
| Total Amount Enclosed | $ |

Include account number on check. Make payable to CitiMortgage.

000090321  J0501797 DTF 00009032

GRACE D SOLIS
730 86TH ST
MIAMI BEACH FL 33141-1116

CITIMORTGAGE, INC.
PO BOX 78015
PHOENIX AZ 85062-8015



17500 0163692 6739860 6737916 0000002001377837 0008