# EXHIBIT A

## CMI LETTER MAY 17, 2020 LETTER WAIVING $10,127.90

### PLUS $207.54



CitiMortgage, Inc.
PO BOX 790005
St. Louis, MO 63179-0005

5/17/2018
GRACE D SOLIS
730 86TH ST
MIAMI BEACH, FL 331410000

Re: Property Address:        730 86TH ST
                             MIAMI BEACH, FL 33141
CitiMortgage, Inc. Loan No.: 2908101484

Dear CitiMortgage, Inc. Customer(s):

CitiMortgage, Inc. has waived certain past due installment payments (including interest, principal, and associated late fees) on your mortgage loan. Those waived installment payments could be deemed uncollectible because they were not enforced within the applicable statute of limitation. The specific amounts waived are as follows:

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $10,127.09 |
| Late Fees: | $207.54 |
| Other: | $0.00 |

By waiving the amounts identified above, you are no longer obligated to pay those amounts, and CitiMortgage, Inc. will not seek to collect those amounts from you. The change to your outstanding balance will be reflected on your next periodic billing statement, which you will or may have already received.

While this waiver reduces the outstanding balance of your loan, it does not change the obligations and/or terms of your applicable Note and/or Security Instrument. Specifically, it does not change your obligation to make timely monthly installment payments. Further, it does not change CitiMortgage, Inc.'s rights under the applicable Note and Security Instrument.

No action is needed from you for this waiver to take effect.

The waiver of past due payments is generally income to you in the year of waiver, unless you qualify for a tax exclusion. You will be responsible for paying any income taxes due on the amount waived. CitiMortgage, Inc. will report to you and the Internal Revenue Service the amount of the waiver on an applicable Form 1099 (or Form 1042-S for non-U.S. Borrowers), as required by law. The Form 1099 (or Form 1042-S for non-U.S. Borrowers), will generally be mailed to you by January 31 of the year following the year of waiver. Please consult your tax advisor if you have any questions.

©2016 Citi, Arc Design, and Citi with Arc are registered service marks of Citigroup Inc.

Ex. 11



If you have any questions or if you would like to discuss loss mitigation assistance available to you, please contact us at 1-844-862-5498* Monday through Friday  7am-8pm CT,  Saturday 7am-4 pm CT**.

Sincerely,


CitiMortgage, Inc.



TTY Services are also available.  To access: Dial 711 from the United States or Dial 1-866-280-2050 from Puerto Rico.  When you call or write to us, please refer to your loan number: 2908101484.

*Calls are randomly monitored and may be recorded to ensure quality service.

**Hours provided reflect general hours of operation.

This letter contains important information.  You may want to consult an attorney for legal advice.  If an attorney represents you, please refer this letter to your attorney and provide us with the attorney's name, address and telephone number.

THE PURPOSE OF THIS COMMUNICATION IS TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF A BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

©2016 Citi,  Arc Design,  and Citi with Arc are registered service marks of Citigroup Inc.

# EXHIBIT B

# CITI'S REFUSAL IN THE REQUEST FOR PRODUCTION OF DOCUMENTS, NUMBER 38, TO PROVIDE MARGINS AND INDICES TO CALCULATE THE INTEREST RATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GRACE D. SOLIS AND
SHIRLEY J. SOLIS,

      Plaintiffs,

vs.                                     CASE NO.: 1:19-cv-24042-KMW

CITIBANK, N.A., and,
CITIMORTGAGE, INC.,

      Defendants.

_____/

## DEFENDANTS CITIBANK, N.A.'S
## RESPONSES AND OBJECTIONS TO PLAINTIFFS'
## REQUEST FOR PRODUCTION

      Defendant CITIBANK N.A. ("Citibank") through undersigned counsel, Adams and Reese LLP, hereby responds to the request for production served by Plaintiffs Grace D. Solis and Shirley J. Solis on July 29, 2020 as follows:

## GENERAL OBJECTIONS

      1.      Citibank generally objects to any attempt by Plaintiffs, through the definitions, instructions or otherwise, to impose any obligation on Citibank beyond the obligations imposed by the Federal Rules of Civil Procedure.

      2.      By responding to these Requests, Citibank does not waive:  (1) any objections to the admissibility of, competency of, relevancy of, materiality of, or privilege attaching to any information provided; or (2) the right to object to other discovery Requests or undertakings involving or relating to the subject matter of the Requests herein.  An objection or answer in response to any Request in no way constitutes and should not be construed as an admission of the relevance or admissibility of any information, or the truth or accuracy of any information.

Citibank expressly does not concede the relevance or materiality of any Request herein or the subject matter to which it refers.

3. Citibank objects to the Requests to the extent they seek information that is in Plaintiffs' possession, custody, or control, equally available to Plaintiffs as to Citibank, or determined to be outside of Citibank's custody, possession, or control after reasonable investigation.

4. Citibank objects to the Requests to the extent that any of them call for "all," "each," or "any," on the grounds they are overly broad and unduly burdensome. It is impossible to represent, even after a reasonable and diligent search, that all, each, or every piece of information falling within a description can be or has been assembled. Information or documents may be known by many people and may be kept in a myriad of locations and files. Citibank cannot warrant or represent that each or all or every bit of information requested has been provided, only that Citibank has disclosed that information which they could gather in response to Plaintiffs' Requests after a reasonable and diligent investigation.

5. Citibank further identifies the following electronically stored information as not reasonably accessible because of undue burden or cost: (a) backup tapes used for disaster recovery purposes, (b) email and other data contained on legacy systems that are unintelligible on successor systems, (c) data from acquired organizations that predate the acquisition of such organizations, (d) obsolete data and media that can no longer be read, (e) data from legacy systems that were migrated and are now accessible in a newer system, application, database or data store, (f) data on media created prior to an anticipated legal action that were not labeled and/or indexed sufficiently to know their contents and for which there is no reasonable basis to believe unique, responsive data for currently known or anticipated matters exist, (g) electronic

2

information in forms that would require recovery, restoration, or translation before it could be located, retrieved, reviewed or produced, and (h) any other form of electronic media that are not stored for immediate recovery in connection with Citibank's record management processes. Citibank may identify other electronically stored information as not reasonably accessible based upon a number of factors, including but not limited to the scope of discovery requested and the quality of information available from other and more easily accessed systems.

6.     Citibank objects to the proposed definition of "You" and "Your" as overbroad. Citibank will respond on its own behalf and not on behalf of any other person or entity.

7.     Citibank is engaged in the continuing investigation of the matters inquired about in the Requests. The responses to the Requests are believed to be accurate as of the date made. Because Citibank's investigation into the matters inquired about is continuing, Citibank expressly reserves the right to supplement, correct or amend these responses.

## SPECIFIC OBJECTIONS AND RESPONSES

1.     Please produce any and all investigative reports prepared or obtained which in any way reference Plaintiff1, the events alleged in the Complaint, Plaintiff1's Social Security number, Plaintiff1's true identity or any allegations or defenses asserted in this action.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) to the extent it seeks any Attorney Client Communications or Attorney Work Product. Subject to and without waiving these objections, Citibank will produce Citibank's available copies of documents in the account file, including the HELOC and mortgage contracts and origination documents, servicing notes, copies of all correspondence to and from Plaintiffs, and records of communications between either Citibank or CitiMortgage and Plaintiffs, including any related to Qualified Written Requests or similar requests for information or disputes about loan servicing related to the HELOC, as well as credit investigations and communications to or from credit reporting agencies regarding Plaintiffs' HELOC**

3

account ("Account Documents"), which includes any documents responsive to this request.

2.    Please produce any and all written or recorded statements prepared or obtained which in any way reference Plaintiff1, Plaintiff1 's Social Security number, Plaintiff1 's true identity or any allegations or defenses asserted in this action.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) to the extent it seeks any Attorney Client Communications or Attorney Work Product. Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

3.    Please identify and produce a copy of each and every document referencing communications between you and any of the other Defendants in this action, and any of the credit furnishers referenced in Plaintiffs' Complaint, which in any way references Plaintiffs, Plaintiffs' Social Security numbers or other identifiers, or any allegation or defense asserted in this action.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, (c) requires Defendants to not only produce but also to identify documents in a manner not required by Fed. R. Civ. P. 33(e)(1), and (d) seeks information or documents that are confidential, proprietary, or contain trade secrets.  Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

4.    Please provide a copy of each liability policy issued to you which may cover your alleged liability in this suit, including declaration page and/or all endorsements.

**RESPONSE: No responsive documents exist.**

4

5.      Please produce all documents referring or relating to any communications, including but not limited to, credit reports, Consumer Dispute Verification(s) (CDV or ACDV) forms, METRO tapes or telephone investigation logs, between you and any other Defendant in this action, as well as any other credit furnishers referenced in Plaintiff's Complaint, which refer or relate to the Plaintiff, Plaintiff's Social Security number, any of Plaintiffs account numbers and/or Plaintiffs personal identifiers:

**RESPONSE: In addition to its General Objections, Citibank objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, and (b) seeks information or documents that are confidential, proprietary, or contain trade secrets. Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

6.      Please produce all documents sent to Plaintiff by you.

**RESPONSE: In addition to its General Objections, Citibank object to this Request as vague and ambiguous insofar as it refers to a singular Plaintiff. Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

7.      Please produce all documents sent to you by Plaintiff.

**RESPONSE: In addition to its General Objections, Citibank object to this Request as vague and ambiguous insofar as it refers to a singular Plaintiff. Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

8.      Please produce all documents relating or referring to any communications between you and Plaintiffs.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) vague and ambiguous insofar as it uses the term "relating." Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

9.      Please produce all of your documents, subscriber contracts, manuals or other recorded data, concerning your relationships with any of the credit furnishers referenced in Plaintiffs' Complaint.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

10.     Please produce copies of all of your quarterly profit and loss statements for the past three (3) years.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

11.     Please produce copies of all of your current balance sheets and financial statements.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

12.     Please produce copies of your income tax returns for the past three (3) years.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

13.   Please produce all credit report(s) which bear any identifier(s) associated with Plaintiff for the last three (3) years.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, and (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.  Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

14.   Please produce all documents evidencing, constituting or including data concerning notification of any allegation that any account bearing Plaintiffs personal identifiers had been created by application fraud or had been used by a person not authorized to use or possess Plaintiff's personal identification.

**RESPONSE:  In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, and (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiving these objections, no responsive documents exist in relation to the HELOC account that is the subject of this lawsuit.**

15.   Please produce any documents sent by you to any other person or entity concerning the Plaintiff1 within the past five (5) years.

**RESPONSE: In addition to its General Objections, Citibank objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.  Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

7

16.    Please produce any documents sent to you or received by you concerning the Plaintiff1 within the past five (5) years.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, (c) to the extent it seeks any Attorney Client Communications or Attorney Work Product, and (d) seeks information or documents that are confidential, proprietary, or contain trade secrets. Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

17.    Please produce all documents evidencing or including data concerning the names, addresses, telephone numbers, current employers and current whereabouts of each and every one of your employees who has communicated with the Plaintiff.

**RESPONSE: In addition to their General Objections, Defendants to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain private information in which third parties have a reasonable expectation of privacy.**

18.    Please provide a complete audit trail of any document(s), data bases, credit files, computer(s), or other data held by you which, in any degree, address or discuss the Plaintiffs, or any one of the Plaintiffs' personal identifiers.

**RESPONSE: In addition to its General Objections, Citibank objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets. Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

19.    Please produce all documents which constitute consumer dispute verification (CDV) forms or notices, correspondence with any consumer reporting agency or creditor or subscriber or data deletion forms which contain any one of Plaintiffs' personal identifiers.

**RESPONSE: In addition to its General Objections, Citibank objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets. Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

20.    Please produce all documents constituting your entire credit file(s), collection file(s) and fraud investigation file(s), which in any way references Plaintiffs, Plaintiffs' personal identifiers or any of the account numbers associated with Plaintiffs' identifiers.

**RESPONSE: In addition to its General Objections, Citibank objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, (c) to the extent it seeks any Attorney Client Communications or Attorney Work Product, and (d) seeks information or documents that are confidential, proprietary, or contain trade secrets. Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

21.    Please produce all documents which contain any data about complaints, assessments, audits, reports or studies of the frequency of credit application fraud or identity fraud in your credit operations.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, (c) seeks information or documents that are confidential, proprietary, or contain private information in which third parties have a reasonable expectation of privacy, and (d) to the extent it seeks any Attorney Client Communications or Attorney Work Product.**

22.    Please produce all documents which evidence, constitute and/or address your means, methods or abilities to correctly identify whether a tradeline or former address has been previously reported as incorrect.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

9

23.     Please produce copies of all documents evidencing telephone messages, log books or your other regularly maintained records which contain information about communications between you and Plaintiffs.

**RESPONSE: In addition to its General Objections, Citibank objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, and (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit. Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

24.     Please produce all policy manuals, procedure manuals or other documents which address your policies, practices or procedures in the investigation or reinvestigation of credit data which is disputed as inaccurate by a consumer.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

25.     Please produce all policy manuals, procedure manuals or other documents, which address your policies, practices or procedures in correcting, updating, modifying and/or deleting or suppressing credit data or historical address data which is disputed as inaccurate.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

26.     Please produce copies of any and all telephone reinvestigation forms which in any way reference Plaintiffs, Plaintiffs' social security number or any allegation or defense asserted in this action.

**RESPONSE: In addition to its General Objections, Citibank objects to this Request on the grounds, among others, that it is vague and ambiguous in its use of the term "reinvestigation." Subject to and without waiving these objections, Citibank will produce its Account Documents, which includes any documents responsive to this request.**

27.    Please produce the original of all data tapes (metro tapes) transmitted to you by any subscriber or affiliate which pertains to Plaintiffs or which references Plaintiffs' social security numbers.

**RESPONSE: In addition to its General Objections, Citibank objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, (c) contains a vague and ambiguous term "any subscriber or affiliate," and (d) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

Please produce for inspection and copying all documents which you will or may use as exhibits in the trial of this case.

**RESPONSE:  None have been identified at this time.**

28.    Please produce all archived prints (whether stored digitally or in hard copy) of all consumer disclosures made in response to the Plaintiffs' requests.

**RESPONSE: Citibank will produce its Account Documents, which includes any documents responsive to this request.**

29.    Please produce all archived prints (whether stored digitally or in hard copy) of all internal disclosures generated as a result of the Plaintiffs dispute of accuracy in Plaintiffs' credit file.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) contains a vague and ambiguous term "internal disclosures."**

30.    Please produce all archived prints of verification responses, if any, from any of the credit furnishers referenced in Plaintiffs' Complaint (whether stored digitally or in hard copy) pertaining to Plaintiffs.

**RESPONSE:  In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks documents that Defendants do not have access to from any furnishers other than themselves.  Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

31.    Please produce all archived prints of Plaintiff1's corrected credit reports reflecting the results of your reinvestigation of Plaintiff1's disputes (whether digitally stored or in hard copy).

11

**RESPONSE: In addition to its General Objections, Citibank objects to this Request on the grounds, among others, that it is (a) vague and ambiguous in its use of the term "reinvestigation," (b) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case and (c) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiving these objections, Citibank will produce its Account Documents, which includes any documents responsive to this request.**

32.    Please produce a copy of your entire database on the Plaintiffs (i.e., all screens) including but not limited to:

a) "consumer personal information" screens;

b) "consumer address information" screens;

c) "address information" screens;

d) "public record detail" screens;

e) "dispute verification menu" screens; and

f) "ACDV records" screens.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.   Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

33.    Please produce an organizational chart for the Defendants.

**RESPONSE: In addition to its General Objections, Citibank object to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, and (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence.**

34.    Please produce all exhibits which you intend to introduce at trial.

**RESPONSE:  None have been identified at this time.**

35.    Please produce copies of all papers, records and documents referred to in Plaintiffs' First Set of Interrogatories Directed to Defendants.

**RESPONSE: Citibank will produce its Account Documents, which includes any documents responsive to this request.**

36.     Please produce all documents that are referenced in Defendant's Initial Disclosures.

**RESPONSE: Citibank will produce its Account Documents, which includes any documents responsive to this request.**

37.     Please produce any and all documents or computer screens which set forth or demonstrate all of the account information that you are currently reporting about the Plaintiffs.

**RESPONSE: Citibank will produce its Account Documents, which includes any documents responsive to this request.**

38.     Please provide a copy of each margin and index utilized to calculate Plaintiff1 's monthly interest rate from the inception of the Home Equity Line of Credit Account 2908101484, September 2005 to the present date.

**RESPONSE:  In addition to their General Objections, Defendants object to this request as unduly burdensome, as this information is defined in the Home Equity Line of Credit by referencing a publicly available source and this information is equally available to Plaintiffs as to Defendants.**

39.     Please provide an easily read accounting of Plaintiff1 's HELOC including interest calculated, amounts paid, money waived, etc. from the inception of the HELOC in September 2005 to the present date.

**RESPONSE:  In addition to their General Objections, Defendants object to this request as unduly burdensome insofar as it would compel them to create a new document not already in existence, as no such duty exists under the Federal Rules of Civil Procedure. Subject to and without waiving these objections, Citibank will produce the Account Documents, which includes any documents responsive to this request.**

13

Date:   August 28 2020

Respectfully Submitted,

**ADAMS AND REESE LLP**

By:  */s/ Christopher A. Roach*
Christopher A. Roach, Esq.
Florida Bar No.: 0049033
Louis M. Ursini, III, Esq.
Florida Bar No.:  00355940

ADAMS AND REESE LLP
101 E. Kennedy Blvd., Ste. 4000
Tampa, FL 33602
Telephone: 813-402-2880
Fax: 813-402-2887
Email:  louis.ursini@arlaw.com
Email:  chris.roach@arlaw.com
Email:  teresa.soluri@arlaw.com

*Counsel for Defendants, Citibank, N.A. and
CitiMortgage, Inc.*

14

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, a copy of the foregoing pleading was served via

U.S. Mail to the Plaintiffs at the addresses below:

<table>
<tr><td>Shirley Solis</td><td>Grace Solis</td></tr>
<tr><td>730 86th Street</td><td>730 86th Street</td></tr>
<tr><td>Miami Beach, Florida 33141</td><td>Miami Beach, Florida 33141</td></tr>
</table>

/s/ *Christopher A. Roach*
Christopher A. Roach, Esq

15

# EXHIBIT C

## CMI'S REFUSAL IN THE REQUEST FOR PRODUCTION OF DOCUMENTS, NUMBER 39, TO PROVIDE MARGINS AND INDICES TO CALCULATE THE INTEREST RATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GRACE D. SOLIS AND
SHIRLEY J. SOLIS,

     Plaintiffs,

vs.                                CASE NO.: 1:19-cv-24042-KMW

CITIBANK, N.A., and,
CITIMORTGAGE, INC.,

     Defendants.

_____/

## DEFENDANTS CITIMORTGAGE, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' REQUEST FOR PRODUCTION

Defendant CITIMORTGAGE, INC., ("CitiMortgage"), through undersigned counsel, Adams and Reese LLP, hereby responds to the request for production served by Plaintiffs Grace D. Solis and Shirley J. Solis on July 29, 2020 as follows:

## GENERAL OBJECTIONS

1.     CitiMortgage generally objects to any attempt by Plaintiffs, through the definitions, instructions or otherwise, to impose any obligation on CitiMortgage beyond the obligations imposed by the Federal Rules of Civil Procedure.

2.     By responding to these Requests, CitiMortgage does not waive: (1) any objections to the admissibility of, competency of, relevancy of, materiality of, or privilege attaching to any information provided; or (2) the right to object to other discovery Requests or undertakings involving or relating to the subject matter of the Requests herein.  An objection or answer in response to any Request in no way constitutes and should not be construed as an admission of the relevance or admissibility of any information, or the truth or accuracy of any information.

CitiMortgage expressly does not concede the relevance or materiality of any Request herein or the subject matter to which it refers.

3.     CitiMortgage objects to the Requests to the extent they seek information that is in Plaintiffs' possession, custody, or control, equally available to Plaintiffs as to CitiMortgage, or determined to be outside of CitiMortgage's custody, possession, or control after reasonable investigation.

4.     CitiMortgage objects to the Requests to the extent that any of them call for "all," "each," or "any," on the grounds they are overly broad and unduly burdensome.  It is impossible to represent, even after a reasonable and diligent search, that all, each, or every piece of information falling within a description can be or has been assembled.  Information or documents may be known by many people and may be kept in a myriad of locations and files.  CitiMortgage cannot warrant or represent that each or all or every bit of information requested has been provided, only that CitiMortgage has disclosed that information which they could gather in response to Plaintiffs' Requests after a reasonable and diligent investigation.

5.     CitiMortgage further identifies the following electronically stored information as not reasonably accessible because of undue burden or cost: (a) backup tapes used for disaster recovery purposes, (b) email and other data contained on legacy systems that are unintelligible on successor systems, (c) data from acquired organizations that predate the acquisition of such organizations, (d) obsolete data and media that can no longer be read, (e) data from legacy systems that were migrated and are now accessible in a newer system, application, database or data store, (f) data on media created prior to an anticipated legal action that were not labeled and/or indexed sufficiently to know their contents and for which there is no reasonable basis to believe unique, responsive data for currently known or anticipated matters exist, (g) electronic information in

forms that would require recovery, restoration, or translation before it could be located, retrieved, reviewed or produced, and (h) any other form of electronic media that are not stored for immediate recovery in connection with CitiMortgage's record management processes. CitiMortgage may identify other electronically stored information as not reasonably accessible based upon a number of factors, including but not limited to the scope of discovery requested and the quality of information available from other and more easily accessed systems.

6.    CitiMortgage objects to the proposed definition of "You" and "Your" as overbroad. CitiMortgage will respond on its own behalf and not on behalf of any other person or entity.

7.    CitiMortgage is engaged in the continuing investigation of the matters inquired about in the Requests.  The responses to the Requests are believed to be accurate as of the date made.   Because CitiMortgage's investigation into the matters inquired about is continuing, CitiMortgage expressly reserves the right to supplement, correct or amend these responses.

## SPECIFIC OBJECTIONS AND RESPONSES

1.    Please produce any and all investigative reports prepared or obtained which in any way reference Plaintiff1, the events alleged in the Complaint, Plaintiff1's Social Security number, Plaintiff1's true identity or any allegations or defenses asserted in this action.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case,(b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) to the extent it seeks any Attorney Client Communications or Attorney Work Product. Subject to and without waiving these objections, all responsive documents can be found in codefendant Citibank, N.A.'s available copies of documents in the account file, including the HELOC and mortgage contracts and origination documents, servicing notes, copies of all correspondence to and from Plaintiffs, and records of communications between either Citibank or CitiMortgage and Plaintiffs, including any related to Qualified Written Requests or similar requests for information or disputes about loan servicing, as well as credit investigations and communications to or from credit reporting agencies regarding**

3

Plaintiffs ("Account Documents"), which includes any documents responsive to this request.

2.          Please produce any and all written or recorded statements prepared or obtained which in any way reference Plaintiff1, Plaintiff1 's Social Security number, Plaintiff1 's true identity or any allegations or defenses asserted in this action.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) to the extent it seeks any Attorney Client Communications or Attorney Work Product. Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

3.          Please identify and produce a copy of each and every document referencing communications between you and any of the other Defendants in this action, and any of the credit furnishers referenced in Plaintiffs' Complaint, which in any way references Plaintiffs, Plaintiffs' Social Security numbers or other identifiers, or any allegation or defense asserted in this action.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, (c) requires Defendants to not only produce but also to identify documents in a manner not required by Fed. R. Civ. P. 33(e)(1), and (d) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

**Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

4.          Please provide a copy of each liability policy issued to you which may cover your alleged liability in this suit, including declaration page and/or all endorsements.

**RESPONSE: No responsive documents exist.**

4

5.      Please produce all documents referring or relating to any communications, including but not limited to, credit reports, Consumer Dispute Verification(s) (CDV or ACDV) forms, METRO tapes or telephone investigation logs, between you and any other Defendant in this action, as well as any other credit furnishers referenced in Plaintiff's Complaint, which refer or relate to the Plaintiff, Plaintiff's Social Security number, any of Plaintiffs account numbers and/or Plaintiffs personal identifiers:

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, and (b) seeks information or documents that are confidential, proprietary, or contain trade secrets. Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

6.      Please produce all documents sent to Plaintiff by you.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this request as vague and ambiguous insofar as it refers to a singular Plaintiff. Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

7.      Please produce all documents sent to you by Plaintiff.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this request as vague and ambiguous insofar as it refers to a singular Plaintiff. Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

8.      Please produce all documents relating or referring to any communications between you and Plaintiffs.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) vague and ambiguous insofar as it uses the term "relating," and (c) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit. Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

9.          Please produce all of your documents, subscriber contracts, manuals or other recorded data, concerning your relationships with any of the credit furnishers referenced in Plaintiffs' Complaint.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

10.          Please produce copies of all of your quarterly profit and loss statements for the past three (3) years.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

11.          Please produce copies of all of your current balance sheets and financial statements.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

12.          Please produce copies of your income tax returns for the past three (3) years.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

13.     Please produce all credit report(s) which bear any identifier(s) associated with Plaintiff for the last three (3) years.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.  Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents related to the HELOC responsive to this request.**

14.     Please produce all documents evidencing, constituting or including data concerning notification of any allegation that any account bearing Plaintiffs personal identifiers had been created by application fraud or had been used by a person not authorized to use or possess Plaintiff's personal identification.

**RESPONSE:  In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, and (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit.  Subject to and without waiving these objections, no responsive documents exist in relation to the HELOC account that is the subject of this lawsuit.**

15.     Please produce any documents sent by you to any other person or entity concerning the Plaintiff1 within the past five (5) years.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.  Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents related to the HELOC responsive to this request.**

7

16.          Please produce any documents sent to you or received by you concerning the Plaintiff1 within the past five (5) years.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, (c) to the extent it seeks any Attorney Client Communications or Attorney Work Product, and (d) seeks information or documents that are confidential, proprietary, or contain trade secrets. Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents related to the HELOC responsive to this request.**

17.          Please produce all documents evidencing or including data concerning the names, addresses, telephone numbers, current employers and current whereabouts of each and every one of your employees who has communicated with the Plaintiff.

**RESPONSE:  In addition to their General Objections, Defendants to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain private information in which third parties have a reasonable expectation of privacy.**

18.          Please provide a complete audit trail of any document(s), data bases, credit files, computer(s), or other data held by you which, in any degree, address or discuss the Plaintiffs, or any one of the Plaintiffs' personal identifiers.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.  Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents related to the HELOC responsive to this request.**

19.          Please produce all documents which constitute consumer dispute verification (CDV) forms or notices, correspondence with any consumer reporting agency or creditor or subscriber or data deletion forms which contain any one of Plaintiffs' personal identifiers.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably**

calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.  Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents related to the HELOC responsive to this request.

20.          Please produce all documents constituting your entire credit file(s), collection file(s) and fraud investigation file(s), which in any way references Plaintiffs, Plaintiffs' personal identifiers or any of the account numbers associated with Plaintiffs' identifiers.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit, (c) to the extent it seeks any Attorney Client Communications or Attorney Work Product, and (d) seeks information or documents that are confidential, proprietary, or contain trade secrets.  Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents related to the HELOC responsive to this request.**

21.          Please produce all documents which contain any data about complaints, assessments, audits, reports or studies of the frequency of credit application fraud or identity fraud in your credit operations.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, (c) seeks information or documents that are confidential, proprietary, or contain private information in which third parties have a reasonable expectation of privacy, and (d) to the extent it seeks any Attorney Client Communications or Attorney Work Product.**

22.          Please produce all documents which evidence, constitute and/or address your means, methods or abilities to correctly identify whether a tradeline or former address has been previously reported as incorrect.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

23.     Please produce copies of all documents evidencing telephone messages, log books or your other regularly maintained records which contain information about communications between you and Plaintiffs.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, and (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence insofar as it would include other loans and mortgages serviced now or in the past by CitiMortgage that are not the subject of this lawsuit.  Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents related to the HELOC responsive to this request.**

24.     Please produce all policy manuals, procedure manuals or other documents which address your policies, practices or procedures in the investigation or reinvestigation of credit data which is disputed as inaccurate by a consumer.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

25.     Please produce all policy manuals, procedure manuals or other documents, which address your policies, practices or procedures in correcting, updating, modifying and/or deleting or suppressing credit data or historical address data which is disputed as inaccurate.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

26.     Please produce copies of any and all telephone reinvestigation forms which in any way reference Plaintiffs, Plaintiffs' social security number or any allegation or defense asserted in this action.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is vague and ambiguous in its use of the term "reinvestigation."  Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

27.     Please produce the original of all data tapes (metro tapes) transmitted to you by any subscriber or affiliate which pertains to Plaintiffs or which references Plaintiffs' social security numbers.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, (c) contains a vague and ambiguous term "any subscriber or affiliate," and (d) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

28.      Please produce for inspection and copying all documents which you will or may use as exhibits in the trial of this case.

**RESPONSE:  None have been identified at this time.**

29.      Please produce all archived prints (whether stored digitally or in hard copy) of all consumer disclosures made in response to the Plaintiffs' requests.

**RESPONSE: CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

30.      Please produce all archived prints (whether stored digitally or in hard copy) of all internal disclosures generated as a result of the Plaintiffs dispute of accuracy in Plaintiffs' credit file.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, (c) contains a vague and ambiguous term "internal disclosures," and (d) seeks information or documents that are confidential, proprietary, or contain trade secrets.**

31.      Please produce all archived prints of verification responses, if any, from any of the credit furnishers referenced in Plaintiffs' Complaint (whether stored digitally or in hard copy) pertaining to Plaintiffs.

**RESPONSE:  In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, (c) seeks documents that Defendants do not have access to from any furnishers other than themselves, and (d) seeks information or documents that are confidential, proprietary, or contain trade secrets. Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

32.      Please produce all archived prints of Plaintiff1's corrected credit reports reflecting the results of your reinvestigation of Plaintiff1's disputes (whether digitally stored or in hard copy).

11

**RESPONSE:** In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) vague and ambiguous in its use of the term "reinvestigation," (b) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case and (c) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence.   Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.

33.      Please produce a copy of your entire database on the Plaintiffs (i.e., all screens) including but not limited to:

a)       "consumer personal information" screens;

b)       "consumer address information" screens;

c)       "address information" screens;

d)       "public record detail" screens;

e)       "dispute verification menu" screens; and

f)       "ACDV records" screens.

**RESPONSE:** In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case,(b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence, and (c) seeks information or documents that are confidential, proprietary, or contain trade secrets.   Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.

34.      Please produce an organizational chart for the Defendants.

**RESPONSE:** In addition to its General Objections, CitiMortgage objects to this Request on the grounds, among others, that it is (a) is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, and (b) seeks documents that are not reasonably calculated to lead to the discovery of admissible evidence.

35.      Please produce all exhibits which you intend to introduce at trial.

**RESPONSE:  None have been identified at this time.**

36.      Please produce copies of all papers, records and documents referred to in Plaintiffs' First Set of Interrogatories Directed to Defendants.

**RESPONSE:** CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.

37. Please produce all documents that are referenced in Defendant's Initial Disclosures.

**RESPONSE: CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

38. Please produce any and all documents or computer screens which set forth or demonstrate all of the account information that you are currently reporting about the Plaintiffs.

**RESPONSE: CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

39. Please provide a copy of each margin and index utilized to calculate Plaintiff1 's monthly interest rate from the inception of the Home Equity Line of Credit Account 2908101484, September 2005 to the present date.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this request as unduly burdensome, as this information is defined in the Home Equity Line of Credit by referencing a publicly available source and this information is equally available to Plaintiffs as to Defendants.**

40. Please provide an easily read accounting of Plaintiff1 's HELOC including interest calculated, amounts paid, money waived, etc. from the inception of the HELOC in September 2005 to the present date.

**RESPONSE: In addition to its General Objections, CitiMortgage objects to this request as unduly burdensome insofar as it would compel it to create a new document not already in existence, as no such duty exists under the Federal Rules of Civil Procedure. Subject to and without waiving these objections, CitiMortgage will rely upon Citibank's production of the Account Documents, which includes any documents responsive to this request.**

Date:   August 28 2020                                    Respectfully Submitted,


                                                         **ADAMS AND REESE LLP**

                                                         By: /s/ *Christopher A. Roach*
                                                         Christopher A. Roach, Esq.
                                                         Florida Bar No.: 0049033

                                                                  13

Louis M. Ursini, III, Esq.
Florida Bar No.:  00355940

ADAMS AND REESE LLP
101 E. Kennedy Blvd., Ste. 4000
Tampa, FL 33602
Telephone: 813-402-2880
Fax: 813-402-2887
Email:  louis.ursini@arlaw.com
Email:  chris.roach@arlaw.com
Email:  teresa.soluri@arlaw.com

*Counsel for Defendants, Citibank, N.A. and
CitiMortgage, Inc.*

14

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, a copy of the foregoing pleading was served via

U.S. Mail to the Plaintiffs at the addresses below:

Shirley Solis                                   Grace Solis
730 86th Street                                 730 86th Street
Miami Beach, Florida 33141                      Miami Beach, Florida 33141


/s/ Christopher A. Roach_____
Christopher A. Roach, Esq

15